**Opinion issued October 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00448-CV

————————————

## IN RE INFRASTRUCTURE SERVICES, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Infrastructure Services, Inc., has filed a petition for writ of mandamus challenging the trial court's April 29, 2019 Order Granting Defendant's Motion to Designate Responsible Third Parties.[1] We deny the petition and lift the stay imposed by our July 23, 2019 order.

---

[1] The underlying case is *Infrastructure Services, Inc. v. Jamail's Auto & Truck Services, Inc.*, cause number 2017-82253, pending in the 189th District Court of Harris County, Texas, the Honorable Scot Dollinger presiding.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.